UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BROOKDALE UNIVERSITY HOSPITAL
& MEDICAL CENTER, INC.,

          Plaintiff,

       - against -

HEALTH INSURANCE PLAN OF GREATER
NEW YORK, et. al.,
          Defendants.
----------------------------------------------------------------X

ORDER
07-CV-1471 (RRM)(LB)

MAUSKOPF, United States District Judge.

    By letter filed January 5, 2010, Curtis Jackson, a non-party *pro se* inmate, moved to intervene in this action. On February 4, 2010, Magistrate Judge Bloom issued a Report and Recommendation (the "R&R") recommending that Jackson's motion be denied. Judge Bloom reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due within fourteen (14) days from service of the R&R. No party has filed any objection.

    Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is hereby ORDERED that Jackson's motion to intervene is DENIED.

SO ORDERED.

Dated: Brooklyn, New York
       April _, 2010

ROSLYNN R. MAUSKOPF
United States District Judge